JUDGE GARDEPHE

# 16 CV 1374

## The United States District Court Southern District of New York

Plaintiff Maurice Kessler and others

Formally give

Notice of Suit Against

| | |
|---|---|
| Mark Zuckerberg | (Jury Trial) |
| Sheryl K Sandberg | February 21, 2016 |
| Donald E Graham | (A Jury Trial Requested) |
| Peter A Thiel | |
| Mark L Anderson | |
| Reed Hastings | |
| Erskine b Bowles | |
| And Susan D Desmond-Hell-Mann | |

Facebook INC

For Violations of their Fiduciary obligations to the shareholders of Facebook and their Fiduciary duties and commitments as paid officers of the public company and corporation to which plaintiff is and has been a considerable shareholder since the I.P.O (US CODE). Plaintiff seeks 50 billion dollars compensation and damages therefore and here in. Plaintiff Petitioner Pro Se, for violations of the U.S. Code.

A Jury Trial is Requested                    Damages Request 50 Billion Dollars

*Maurice Kessler* (signature)

29 Moore St. Bklyn
N.Y. 11206
Apt 7G

JUDGE GARDEPHE     **16 CV 1374**

## The United States District Court Southern District of New York

Plaintiff Maurice Kessler and others

Formally give

Notice of Suit Against

| | |
|---|---|
| Mark Zuckerberg | (Jury Trial) |
| Sheryl K Sandberg | February 21, 2016 |
| Donald E Graham | (A Jury Trial Requested) |
| Peter A Thiel | |
| Mark L Anderson | |
| Reed Hastings | |
| Erskine b Bowles | |
| And Susan D Desmond-Hell-Mann | |

Facebook INC

For Violations of their Fiduciary obligations to the shareholders of Facebook and their Fiduciary duties and commitments as paid officers of the public company and corporation to which plaintiff is and has been a considerable shareholder since the I.P.O (US CODE). Plaintiff seeks 50 billion dollars compensation and damages therefore and here in. Plaintiff Petitioner Pro Se, for violations of the U.S. Code.

A Jury Trial is Requested     Damages Request 50 Billion Dollars

*[Signature: Maurice Kessler]*

29 Moore St. Bklyn N.Y. 11206 APT MG

I choose Diversity because the Defendants in this action are citizens of a different state than my state of N.Y. 28 USC 1332